**STATE of Missouri, Respondent,**

v.

**Robert Wayne CRAIG, Appellant.**

**No. WD 40338.**

Missouri Court of Appeals, Western District.

Aug. 22, 1989.

Nancy A. McKerrow, Columbia, for appellant.

William L. Webster, Atty. Gen., Debra M. Miles, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and TURNAGE and KENNEDY, JJ.

### ORDER

PER CURIAM.

Appeal from conviction of rape, robbery in the first degree, burglary in the first degree, and armed criminal action, and from denial of appellant's Rule 29.15 motion.

Affirmed. Rule 30.25(b) and 84.16(b).

**John FARR, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41327.**

Missouri Court of Appeals, Western District.

Aug. 22, 1989.

John E. Craig, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before NUGENT, C.J., and FENNER and ULRICH, JJ.

### ORDER

PER CURIAM:

Appeal from denial without evidentiary hearing of Rule 29.15 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).